SEALED BY THE ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTIAN NORGAARD (01), | ) | Case No. |
| TRAVIS MARKHAM (02), | ) | 19-00108 KJM |
| | ) | |
| Defendant(s) | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 29, 2019**
SUE BEITIA, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 30, 2018** in the county of **Honolulu** in the **_____** District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

On or about October 30, 2018, in the District of Hawaii, during and in relation to the commission of conspiracy to commit access device fraud (18 U.S.C. 1029(b)(2)), CHRISTIAN NORGAARD and TRAVIS MARKHAM, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name and credit card number of B.W.

☑ Continued on the attached sheet.

_Complainant's signature_

Michael H. Williams, SSA Secret Service
_Printed name and title_

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P.4.1(b)(2).

Date: January 29, 2019 at 1:37 p.m.

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

# Affidavit in Support of Criminal Complaint

I, Michael H. Williams, Senior Special Agent, U.S. Secret Service, being duly sworn, depose and state as follows:

1. In the early morning hours of October 30, 2018, a Honolulu residence belonging to B.W. was burglarized by unknown subjects. The unknown subjects stole B.W.'s wallet, which contained, among other things: (1) a Bank of Hawaii Visa debit card, (2) a Bank of America Visa debit card, (3) a Citi Visa credit card, and (4) a Schwab Visa debit card (collectively "B.W. credit cards"). The B.W. credit cards contained personal identifiers to include his name and a unique credit card number.

2. Within hours of the burglary, B.W. discovered that his credits cards were being used without his permission by unknown subjects in the Honolulu area. Bank records obtained by your affiant show that on October 30, 2018, B.W.'s credit cards were used without his permission from approximately 5:43 a.m. to 8:27 a.m. The total amount of unauthorized purchases (approved and declined) totaled $2,475.01. Of this amount, $1,874.22 was approved by the respective banks. The unauthorized transactions described above all took place in the Kaimuki neighborhood of Honolulu at the following businesses: (1) Long's Drugs, (2) City Mill, (3) Walgreens, (4) Times Supermarket, (5) 7-Eleven, and (6) 76 Gas Station.

3. During the investigation, I was able to obtain surveillance footage from City Mill, 7-Eleven, Long's Drugs, and Walgreens. Through a review of this surveillance footage, consulting with an officer from the Honolulu Police Department (HPD), and database checks, I was able to conclude that Christian Norgaard and Travis Markham used B.W.'s

credit cards without his permission. More specifically, I was able to identify Norgaard because video surveillance from City Mill showed that Norgaard and Markham arrived together at City Mill driving a light colored F-150. This vehicle is registered to Norgaard's father. I then compared the City Mill surveillance footage with known mug shot provided by the HPD. Based on this comparison, and the registration of the F-150, I was able to identify Norgaard who, according to video surveillance, utilized B.W.'s cards at City Mill, Long's Drugs, and Walgreens. As for Markham, I obtained video from 7-Eleven which showed Markham using one of B.W.'s credit cards to make a $309.69 purchase. This video was then provided to HPD Detective Davidson, who recognized Markham as a former classmate. Detective Davidson then provided me with mug shots of Markham, which, based on my own comparison, matched the individual depicted in the 7-Eleven video (Markham).

4. The surveillance video from City Mill also provides evidence that Norgaard and Markham were conspiring to commit access device fraud. Among other things, the video from City Mill shows Norgaard and Markham arriving together at City Mill in a light colored F-150. Video from City Mill then shows Norgaard and Markham entering into City Mill together. In City Mill, Norgaard makes over $250 in purchases using two of B.W.'s credit cards. After making these purchases, Norgaard and Markham leave together in the F-150 with the merchandise Norgaard obtained by using B.W's credit cards.

5. For the reasons described above, I respectfully submit there is probable cause to believe that Norgaard and Markham committed aggravated identity theft, in violation of 18 U.S.C. § 1028A.

*[signature]*
Michael H. Williams, SSA
U.S. Secret Service

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2) on January 29, 2019 at 1:37 p.m.

*[signature]*
Kenneth J. Mansfield
United States Magistrate Judge