# MINUTES

CASE NUMBER:      MJ 19-00108KJM

CASE NAME:        USA vs. (1) Christian Norgaard

ATTYS FOR PLA:    Rebecca Ann Perlmutter

ATTYS FOR DEFT:   01 Dana S. Ishibashi

                  Tony Barry (USPTS)

---

JUDGE:    Rom Trader          REPORTER:    FTR C7

DATE:     05/01/2019          TIME:        1:35 - 1:38

---

COURT ACTION:   EP: Initial Appearance -

Defendant (1) Christian Norgaard present and in custody.

Defendant sworn to the financial affidavit and the request for court appointed counsel is granted.   Dana S. Ishibashi is appointed to represent the defendant.

Defendant has reviewed the complaint and understands the nature of the charges against him.

Detention Hearing is set for 5/3/10 @ 1:30 p.m. before Magistrate Judge Trader.

Preliminary Hearing is set for 5/15/19 @ 10:00 a.m. before Magistrate Judge Trader.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.