# MINUTES

CASE NUMBER:     MJ 19-00108KJM

CASE NAME:       USA vs. Christian Norgaard

ATTYS FOR PLA:   Rebecca Ann Perlmutter

ATTYS FOR DEFT:  Dana S. Ishibashi

Tony Barry (USPTS)

---

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR C7 |
| DATE: | 05/03/2019 | TIME: | 1:37 - 1:52 |

---

COURT ACTION:  EP: Detention Hearing -

Defendant Christian Norgaard present and in custody.

Counsel have reviewed the USPTS' report.
Government stated its concerns.
Defendant in agreement with the report prepared by USPTS.

Court adopts the recommendation by USPTS, and finds that there are conditions of release that can be imposed that will reasonably assure the appearance of the defendant and the safety of the community.

The Motion to Detain is Denied.

The defendant be released on an unsecured bond in the amount of: **$50,000**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7g2) Do not apply for/obtain a passport.

- (7h3) Travel is restricted to: **the island of Oahu**.

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S.

Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

- (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

- (7v2) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.  Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

- (7w2) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.  Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

- (7x) Participate in inpatient and any recommended follow-up outpatient substance abuse treatment as approved by Pretrial Services.  You are required to abide by all established rules of the program. Complete the residential phase of treatment at: **Sand Island Treatment Center (SITC)**.

- (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- (8v) Do not use or possess any identification, mail, bank related information, any other personal identification documents**, or other financial information involving third parties**, that were not legally issued to you.  Provide Pretrial Services with all issued ID(s) and banking information for verification purposes.

- (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

- (10a2) A Bail Review Hearing will be scheduled to review the current conditions of release.  Hearing to be scheduled: **60 days of release.**

- (10b) Do not drive unless properly licensed.

- **Release is delayed pending a bed space at SITC.**

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.

Mr. Ishibashi to prepare the order within 7 days.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.