AO 442 (Rev. 11/11) Warrant for Arrest

RECEIVED
2019 JUL -1 AM 4:55
U.S. MARSHALS SERVICE
HONOLULU, HI.



# UNITED STATES DISTRICT COURT
### District of Hawaii

UNITED STATES OF AMERICA

V.

Christian Norgaard
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: MJ 19-00108KJM-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 1 6 2019
at 9 o'clock and 55 min. A M
SUE BEITIA, CLERK Jr

**SEALED** BY ORDER OF THE COURT

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Christian Norgaard and bring him or her forthwith to the nearest district/ magistrate judge to answer a Petition for Action on Conditions of Pretrial Release in Order to Show Cause Why Pretrial Release Should Not Be Revoked.

Order To Show Cause Why Pretrial Release Should Not Be Revoked

- In violation of the conditions of his or her supervision imposed by the court.

Date: 06/28/2019

/s/ Kenneth J. Mansfield
Issuing Officer's Signature



Location: Honolulu, HI

Kenneth J. Mansfield, U.S. Magistrate Judge
Printed Name and Title

Bail Fixed at NO BAIL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii . | | |
| Date Received 07-1-2019 Date of Arrest 07-15-2019 | NAME AND TITLE OF ARRESTING OFFICER DUSM Troy Medeiros | SIGNATURE OF ARRESTING OFFICER |