ORIGINAL cc: Som

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 7 2019

at 3 o'clock and 30 min 0 M
SUE BEITIA, CLERK
LS

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Rebecca.Perlmutter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR19 00098SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| vs. ) | [18 U.S.C. § 1028A] |
| ) | |
| CHRISTIAN NORGAARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INFORMATION

The U.S. Attorney Charges:

Aggravated Identity Theft
18 U.S.C. § 1028A

On or about October 30, 2018, within the District of Hawaii, the defendant,

CHRISTIAN NORGAARD, did knowingly transfer, possess, and use, without

lawful authority, the means of identification of another person, namely, the name and financial account number of B.W., well knowing that the means of identification belonged to an actual person, during and in relation to a felony in violation of Title 18, United States Code, Section 1029(b)(2).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: ~~June 17~~ July 2019, at Honolulu, Hawaii

_____

KENJI M. PRICE
United States Attorney
District of Hawaii

_____

REBECCA A. PERLMUTTER
Assistant U.S. Attorney

United States v. Christian Norgaard
Information
Cr. No.